CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
GENE B. SHARAGA, ESQ.; STATE BAR NO.: 131661
ARNOLD F. LEE, ESQ.; STATE BAR NO.: 278610
**THARPE & HOWELL, LLP**
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, California  91403
(818) 205-9955; (818) 205-9944 fax
E-Mail:  cmay@tharpe-howell.com
E-Mail:  gsharaga@tharpe-howell.com
E-Mail:  alee@tharpe-howell.com

JS-6

Attorneys for Defendants,
   LOWE'S HIW, INC.. erroneously sued and served as
   LOWE'S COMPANIES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| BETTY LORRAINE STRIEBY,<br><br>             Plaintiff,<br><br>v.<br><br>LOWE'S COMPANIES, INC.; and DOES 1 to 30, inclusive,<br><br>             Defendants. | CASE NO.: 2:12-CV-10712 JGB(RZx)<br><br>(Los Angeles County Superior Court Case No.: PC053403)<br><br>**ORDER ON VOLUNTARY DISMISSAL  PURSUANT TO FED. R. CIV. P. 41(A)(1)** |

IT IS HEREBY ORDERED that the Complaint of Plaintiff BETTY LORRAINE STRIEBY is hereby dismissed in its entirety, with prejudice.

Dated:  February 4, 2014       By: _____
                                            U.S. DISTRICT COURT JUDGE

JS-6